# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Raza Ali Isphani, DEFENDANT(S). | CASE NUMBER<br><br>MJ 19-266<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _Wednesday_____, _2/6/2019_____, at _1:30_____ ☐a.m. / ☒p.m. before the Honorable _Steve Kim_____, in Courtroom _540_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _February 4, 2019_____

Steve Kim, U.S. Magistrate Judge